# Appeal No. 16-14959-A

## *United States of America* **v.** *George Brooks*

## CERTIFICATE OF INTERESTED PERSONS

The persons listed below are interested in the outcome of this case:

Baker, Honorable David A.

Bentley, III, A. Lee

Brooks, George Adrien

Cakmis, Rosemary

Cream, Anita M.

Elm, Donna Lee

Kahn, Conrad

Langs, Stephen J.

Mendoza, Honorable Carlos E.

Miranda, Ilianys Rivera

Rhodes, David P.

Scott, Alisha Marie

Skuthan, James T.

Smith, Honorable Thomas B.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Certificate of Interested Persons* was served upon the United States Attorney's Office, *via* CM/ECF this 19th day of July 2016.

Respectfully Submitted,

Donna Lee Elm
Federal Defender

*/s/ Conrad Kahn*
Conrad Kahn
Research and Writing Attorney
Appellate Division
Florida Bar Number 104456
201 South Orange Avenue, Suite 300
Orlando, Florida 32801
Telephone: (407) 648-6338
Facsimile: (407) 648-6095
E-mail: Conrad_Kahn@fd.org
Counsel for George Brooks
