# In the United States Court of Appeals
## for the Eleventh Circuit

---

UNITED STATES OF AMERICA,
    *Plaintiff-Appellee*,

v.                               No. 16-14959-A

GEORGE BROOKS,
    *Defendant-Appellant*

---

## United States' Certificate of Interested Persons and Corporate Disclosure Statement

In addition to the persons identified in the initial certificate of interested persons and corporate disclosure statement filed by George Brooks, the following persons have an interest in the outcome of this case:

1.       Minor victims whose identities are protected; and

2.       Sholl, Peter J., Assistant United States Attorney.

No publicly traded company or corporation has an interest in the outcome of this appeal.

Respectfully submitted,

A. LEE BENTLEY, III
United States Attorney

By: *s/ Peter J. Sholl*
PETER J. SHOLL
Assistant United States Attorney
Appellate Division
USA No. 082
400 N. Tampa St., Ste. 3200
Tampa, FL 33602
(813) 274-6000
peter.sholl@usdoj.gov

# Certificate of Service

I certify that a copy of this certificate of interested persons and corporate disclosure statement as well as the notice of electronic filing was sent by CM/ECF on August 25, 2016, to:

ROSEMARY CAKMIS
Federal Public Defender's Office

*Counsel for George Brooks*

s/ Peter J. Sholl
PETER J. SHOLL
Assistant United States Attorney
