IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

APPEAL NO. 16-14959-AA

UNITED STATES OF AMERICA,

Appellee,

v.

GEORGE ADRIEN BROOKS,

Appellant.

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

UNOPPOSED MOTION FOR 30-DAY EXTENSION OF TIME
TO FILE INITIAL BRIEF

> Donna Lee Elm
> Federal Defender
>
> Conrad Kahn
> Research and Writing Attorney
> Appellate Division
> Florida Bar Number 104456
> 201 South Orange Avenue, Suite 300
> Orlando, Florida 32801
> Telephone: (407) 648-6338
> E-mail: Conrad_Kahn@fd.org
> Counsel for Appellant

Appeal No. 16-14959-AA

*United States of America* **v.** *George Adrien Brooks*

**CERTIFICATE OF INTERESTED PERSONS**

The persons listed below are interested in the outcome of this case:

Baker, Honorable David A.

Bentley, III, A. Lee

Brooks, George Adrien

Cakmis, Rosemary

Cream, Anita M.

Elm, Donna Lee

Kahn, Conrad

Langs, Stephen J.

Mendoza, Honorable Carlos E.

Minor Victims

Miranda, Ilianys Rivera

Rhodes, David P.

Scott, Alisha Marie

Sholl, Peter J.

Skuthan, James T.

Smith, Honorable Thomas B.

C1 *of* 1

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

UNITED STATES OF AMERICA,

    Appellee,

v.                                                                                  Appeal No. 16-14959-AA

GEORGE ADRIEN BROOKS,

    Appellant.

_____/

**UNOPPOSED MOTION FOR 30-DAY EXTENSION OF TIME TO FILE INITIAL BRIEF**

    Appellant George Adrien Brooks, through undersigned counsel, and pursuant to 11th Cir. R. 31-2, respectfully requests that this Honorable Court grant a 30-day extension of time to file the Initial Brief and Appendix. This is Mr. Brooks' second request for an extension of time. In support of this motion, Mr. Brooks states:

    1.    After a three-day jury trial, Mr. Brooks was found guilty of one count of using the internet and a computer to knowingly attempting to persuade, induce, and entice a person he believed to be a minor, through an adult intermediary, to engage in unlawful sexual activity, in violation of 18 U.S.C. § 2422(b), and was sentenced to 18 years' imprisonment. Docs. 79, 118. He timely filed a notice of appeal of his judgment and sentence. Doc. 120. Mr. Brooks' Initial Brief is

1

currently due to be filed on or before November 2, 2016.

2. Undersigned counsel requires additional time to prepare. The record in this case is voluminous. The trial lasted three days, including the admission of eighty-one pages of e-mails, and the transcript of a twenty-minute phone call. There were also three significant pre-trial hearings, two on evidentiary issues and one on Mr. Brooks' motion for attorney-conducted voir dire.

3. Additionally, the undersigned has several matters currently before this Court, including preparing the initial brief in *Robinson v. United States*, Case No. 16-16114,[1] as well as applications for certificates of appealability in *Burke v. United States*, Case No. 16-16198, and *McKinley v. United States*, Case No. 16-16188. Also, the undersigned currently has numerous deadlines in post-conviction cases in the district court in light of *Johnson v. United States*, 135 S. Ct. 2551 (2015). This requires, among other things, obtaining and reviewing criminal history records, conferring with opposing counsel and defendants, developing legal arguments, and representing the clients at resentencing.

4. Mr. Brooks respectfully requests a 30-day extension to file his Initial Brief, so that undersigned counsel may properly review the record, prepare the

---

[1] An unopposed motion to stay the appellate proceedings has been filed in this case.

2

brief, and communicate with Mr. Brooks.

    5.    This motion is made in good faith and is not for the purpose of delay.

    6.    Counsel for the United States, Assistant United States Attorney Peter Sholl, has authorized the undersigned to represent that the United States does not object to this motion.

Accordingly, Appellant George Adrien Brooks respectfully requests that this Honorable Court grant a 30-day extension of time, up to and including December 2, 2016, to file the Initial Brief and Appendix in this case.

    Respectfully submitted by,

    Donna Lee Elm
    Federal Defender

    */s/ Conrad Kahn*
    Conrad Kahn
    Research & Writing Attorney
    Appellate Division
    Florida Bar Number 104456
    201 South Orange Avenue, Suite 300
    Orlando, Florida 32801
    Telephone: (407) 648-6338
    Facsimile: (407) 648-6095
    E-mail: Conrad_Kahn@fd.org
    Counsel for Mr. Brooks

## CERTIFICATE OF SERVICE

I certify that on October 24, 2016, a copy of the foregoing motion was electronically filed with the Clerk of Court for the Eleventh Circuit Court of Appeals via CM/ECF, which will electronically serve notice on Assistant United States Attorney Peter Sholl.

*/s/ Conrad Kahn*
Conrad Kahn
Counsel for Mr. Brooks