IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

APPEAL NO. 16-14959-AA

UNITED STATES OF AMERICA,

Appellee,

v.

GEORGE ADRIEN BROOKS,

Appellant.

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

UNOPPOSED MOTION FOR SEVEN-DAY EXTENSION
TO FILE INITIAL BRIEF

Donna Lee Elm
Federal Defender

Conrad Kahn
Research and Writing Attorney
Appellate Division
Florida Bar Number 104456
201 South Orange Avenue, Suite 300
Orlando, Florida 32801
Telephone: (407) 648-6338
E-mail: Conrad_Kahn@fd.org
Counsel for Appellant

Appeal No. 16-14959-AA

*United States of America* **v.** *George Adrien Brooks*

**CERTIFICATE OF INTERESTED PERSONS**

The persons listed below are interested in the outcome of this case:

Baker, Honorable David A.

Bentley, III, A. Lee

Brooks, George Adrien

Cakmis, Rosemary

Cream, Anita M.

Elm, Donna Lee

Kahn, Conrad

Langs, Stephen J.

Mendoza, Honorable Carlos E.

Minor Victims

Miranda, Ilianys Rivera

Rhodes, David P.

Scott, Alisha Marie

Sholl, Peter J.

Skuthan, James T.

Smith, Honorable Thomas B.

### I<small>N</small> T<small>HE</small> U<small>NITED</small> S<small>TATES</small> C<small>OURT OF</small> A<small>PPEALS</small>
### F<small>OR</small> T<small>HE</small> E<small>LEVENTH</small> C<small>IRCUIT</small>

U<small>NITED</small> S<small>TATES OF</small> A<small>MERICA</small>,

    Appellee,

v.                                                                                      Appeal No. 16-14959-AA

G<small>EORGE</small> A<small>DRIEN</small> B<small>ROOKS</small>,

    Appellant.

_____/

**U<small>NOPPOSED</small> M<small>OTION FOR</small> S<small>EVEN</small>-D<small>AY</small> E<small>XTENSION TO</small> F<small>ILE</small> I<small>NITIAL</small> B<small>RIEF</small>**

    Appellant George Adrien Brooks, through undersigned counsel, and pursuant to 11th Cir. R. 31-2, respectfully requests that this Honorable Court grant an additional seven-day extension of time to file the Initial Brief and Appendix based on the following:

    1.    Mr. Brooks previously requested, and was granted, an extension of the deadline to file his initial brief to December 2, 2016, in light of the complexity and numerous issues that arose during Mr. Brooks' trial.

    2.    Undersigned counsel has written the brief, but it exceeds the word limit set forth in Fed. R. App. P. 32(a)(7)(B), which was reduced to 13,000 words on December 1, 2016. After days of editing, the brief remains slightly more than 2,500 words over the limit.

3.     Mr. Brooks respectfully requests seven additional days to continue to cut the brief down to the required limit without sacrificing the quality or clarity of the arguments.

4.     This motion is made in good faith and is not for the purpose of delay.

5.     Counsel for the United States, Assistant United States Attorney Peter Sholl, has authorized the undersigned to represent that the United States does not object to this motion.

Accordingly, Appellant George Brooks respectfully requests an additional seven-day extension of time, up to and including December 9, 2016, to file his Initial Brief and Appendix in this case.

Respectfully submitted by,

Donna Lee Elm
Federal Defender

/s/ Conrad Kahn
Conrad Kahn
Research & Writing Attorney
Appellate Division
Florida Bar Number 104456
201 South Orange Avenue, Suite 300
Orlando, Florida 32801
Telephone: (407) 648-6338
Facsimile: (407) 648-6095
E-mail: Conrad_Kahn@fd.org
Counsel for Appellant Brooks

## CERTIFICATE OF SERVICE

I certify that on December 2, 2016, the foregoing motion was electronically filed with the Clerk of Court for the Eleventh Circuit Court of Appeals via CM/ECF, which will electronically serve notice on Assistant United States Attorney Peter Sholl.

>                                  */s/ Conrad Kahn*
>                                  Conrad Kahn
>                                  Counsel for Appellant Brooks

3