IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 16-14959-AA

_____

UNITED STATES OF AMERICA,

                                  Plaintiff - Appellee,

versus

GEORGE ADRIEN BROOKS,

                                  Defendant - Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

ORDER:

Appellant's motion to supplement the record is CARRIED WITH THE CASE.

                                                               /s/ ADALBERTO JORDAN
                                                        UNITED STATES CIRCUIT JUDGE