## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

February 27, 2017

Conrad Benjamin Kahn
Federal Public Defender's Office
201 S ORANGE AVE STE 300
ORLANDO, FL 32801

Appeal Number: 16-14959-AA
Case Style: USA v. George Brooks
District Court Docket No: 6:15-cr-00219-CEM-TBS-1

**This Court requires all counsel to file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause.**

The enclosed order has been ENTERED.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Tonya L. Searcy, AA
Phone #: (404) 335-6180

MOT-2 Notice of Court Action