# In the United States Court of Appeals for the Eleventh Circuit

UNITED STATES OF AMERICA,
    *Plaintiff-Appellee*,

v.                                                                  No. 16-14959-AA

GEORGE BROOKS,
    *Defendant-Appellant*

## United States' Second-Amended Certificate of Interested Persons and Corporate Disclosure Statement

The following persons have an interest in the outcome of this case:

1. Baker, Hon. David A., United States Magistrate Judge;

2. Bentley, A. Lee, III, former United States Attorney;

3. Brooks, George, defendant-appellant;

4. Cakmis, Rosemary, Federal Public Defender's Office;

5. Cream, Anita M., Assistant United States Attorney;

6. Elm, Donna Lee, Federal Public Defender;

7. Kahn, Conrad B., Federal Public Defender's Office;

8. Langs, Stephen J., Federal Public Defender's Office;

9. Mendoza, Hon. Carlos E., United States District Judge;

10. Minor victims whose identities are protected;

11. Muldrow, W. Stephen, Acting United States Attorney;

*United States v. George Brooks*
No. 16-14959-AA

12. Rhodes, David P., Assistant United States Attorney, Chief, Appellate Division;

13. Rhodes, Yvette, Assistant United States Attorney;*

14. Rivera Miranda, Ilianys, Assistant United States Attorney;

15. Scott, Alisha Marie, Federal Public Defender's Office;

16. Sholl, Peter J., Assistant United States Attorney;

17. Skuthan, James T., Federal Public Defender's Office; and

18. Smith, Hon. Thomas B., United States Magistrate Judge.

No publicly traded company or corporation has an interest in the outcome of this appeal.

Respectfully submitted,

W. STEPHEN MULDROW
Acting United States Attorney

By:   *s/ Peter J. Sholl*
PETER J. SHOLL
Assistant United States Attorney
Appellate Division
USA No. 082
400 N. Tampa St., Ste. 3200
Tampa, FL 33602
(813) 274-6000
peter.sholl@usdoj.gov

---

*This person is being added to the United States' initial Certificate of Interested Persons and Corporate Disclosure Statement.

## Certificate of Service

I certify that a copy of this second-amended certificate of interested persons and corporate disclosure statement as well as the notice of electronic filing was sent by CM/ECF on March 29, 2017, to:

ROSEMARY CAKMIS
Federal Public Defender's Office

*Counsel for George Brooks*

                                                *s/ Peter J. Sholl*
                                                PETER J. SHOLL
                                                Assistant United States Attorney