IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

APPEAL NO. 16-14959

UNITED STATES OF AMERICA,

Appellee,

v.

GEORGE ADRIEN BROOKS,

Appellant.

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

UNOPPOSED MOTION FOR A THIRTY-DAY EXTENSION OF TIME
TO FILE REPLY BRIEF

> Donna Lee Elm
> Federal Defender
>
> Conrad Kahn
> Research and Writing Attorney
> Appellate Division
> Florida Bar Number 104456
> 201 South Orange Avenue, Suite 300
> Orlando, Florida 32801
> Telephone: (407) 648-6338
> E-mail: Conrad_Kahn@fd.org
> Counsel for Appellant

# Appeal No. 16-14959

## *United States of America* v. *George Adrien Brooks*

### CERTIFICATE OF INTERESTED PERSONS

The persons listed below are interested in the outcome of this case:

Baker, Honorable David A.

Bentley, III, A. Lee

Brooks, George Adrien

Cakmis, Rosemary

Cream, Anita M.

Elm, Donna Lee

Kahn, Conrad

Langs, Stephen J.

Mendoza, Honorable Carlos E.

Minor Victims

Miranda, Ilianys Rivera

Muldrow, W. Stephen

Rhodes, David P.

Rhodes, Yvette

Scott, Alisha Marie

Sholl, Peter J.

## Appeal No. 16-14959

*United States of America* **v.** *George Adrien Brooks*

**CERTIFICATE OF INTERESTED PERSONS -** *Continued*

Skuthan, James T.

Smith, Honorable Thomas B.

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

UNITED STATES OF AMERICA,

    Appellee,

v.                                                                                          Appeal No. 16-14959

GEORGE ADRIEN BROOKS,

    Appellant.
_____/

**UNOPPOSED MOTION FOR A THIRTY-DAY EXTENSION OF TIME TO FILE REPLY BRIEF**

Appellant George Adrien Brooks, through undersigned counsel, and pursuant to 11th Cir. R. 31-2, respectfully requests that this Honorable Court grant a thirty-day extension of time, until May 15, 2017, to file his Reply Brief.[1] In support of this motion, Mr. Brooks states:

1. After a three-day jury trial, Mr. Brooks was found guilty of using the internet and a computer to knowingly attempting to persuade, induce, and entice a person he believed to be a minor, through an adult intermediary, to engage in unlawful sexual activity, in violation of 18 U.S.C. § 2422(b), and was sentenced to 18 years' imprisonment. Docs. 79, 118.

---

[1] Thirty days from the current due date of April 14 is May 14. However, May 14 falls on a Sunday. Therefore, a thirty-day extension would extend the due date to the following Monday, May 15. *See* Fed. R. App. P. 26(a)(2)(C).

1

2. Mr. Brooks filed his Initial Brief on December 9, 2016, the government filed its brief on March 31, 2017, and Mr. Brooks' Reply Brief is currently due April 14, 2017.

3. Undersigned counsel requires additional time to prepare the Reply Brief. This appeal raises a number of issues, including challenges to the jury selection process, the proper framework for determining whether evidence is admissible under Federal Rule of Evidence 414, the admission of testimony about events that transpired 44 years prior to the trial, the denial of Mr. Brooks' motions for a mistrial and a judgment of acquittal, and various challenges to the jury instructions.

4. The government's 69-page brief raises a number of arguments that require a substantial amount of research.

5. Additionally, since receiving the government's brief, undersigned counsel's time has been consumed by a number of other matters, including the Reply Brief in *Calhoun v. United States*, Case No. 16-15797, the Initial brief in *Longoria v. United States*, 16-17645, a Petition for a Writ of Certiorari in *Ritchie v. United States*, 16-14840, a reply in *Robinson v. United States*, District Court Case No. 8:16-cv-1621-T-24TGW, a hearing in Jacksonville in *Goodman v. United States*, District Court Case No. 3:16-cv-1326-J-20MCR, and training the CJA

panel at the Middle District of Florida's Annual Criminal Practice Seminar.

6. In the weeks to come, undersigned counsel also has to prepare certiorari petitions in *Lee v. United States*, Case No. 16-15908, and *Eubanks v. United States*, Case No. 16-15907; the Initial Briefs in *Robinson v. United States*, Case No. 16-16114, and *Young v. United States*; the Reply Brief in *McKinley v. United States*, Case No. 16-17300; as well as a number of replies and motions for certificates of appealability in 28 U.S.C. § 2255 proceedings in the district court.

7. Mr. Brooks respectfully requests a thirty-day extension, until May 15, 2017, to file his Reply Brief, so that undersigned counsel may properly review, research, and reply to the government's brief.

8. This motion is made in good faith and is not for delay.

9. The United States does not oppose this motion.

10. Mr. Brooks is in custody and will not be prejudiced by the requested extension.

Accordingly, Appellant George Adrien Brooks respectfully requests that this Honorable Court grant a thirty-day extension of time, up to and including May 15, 2017, to file his Reply Brief.

        Respectfully submitted by,

        Donna Lee Elm
        Federal Defender

        */s/ Conrad Kahn*
        Conrad Kahn
        Research & Writing Attorney
        Appellate Division
        Florida Bar Number 104456
        201 South Orange Avenue, Suite 300
        Orlando, Florida 32801
        Telephone: (407) 648-6338
        Facsimile: (407) 648-6095
        E-mail: Conrad_Kahn@fd.org
        Counsel for Mr. Brooks

**CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATION**

I certify that this motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because this motion contains 539 words according to Microsoft Word's word count, excluding the parts of the motion exempted by Fed. R. App. P. 32(f).

>                             */s/ Conrad Kahn*
>                             Conrad Kahn
>                             Counsel for Mr. Brooks

**CERTIFICATE OF SERVICE**

I certify that on April 7, 2017, a copy of the foregoing motion was electronically filed with the Clerk of Court for the Eleventh Circuit Court of Appeals via CM/ECF, which will electronically serve notice on Assistant United States Attorney Peter Sholl.

>                             */s/ Conrad Kahn*
>                             Conrad Kahn
>                             Counsel for Mr. Brooks