

# FEDERAL DEFENDER
## Middle District of Florida

**Donna Lee Elm**
*Federal Defender*

**James T. Skuthan**
*First Assistant*

**Rosemary Cakmis**
*Senior Litigator*

**Tampa Division**
Park Tower – Suite 2700
400 North Tampa Street
Tampa, Florida 33602
Telephone: 813- 228-2715
Facsimile: 813- 228-2562
**Del Vitier**
*Branch Chief Attorney*
**Adam Allen**
*Trial Attorney Supervisor*

**Orlando Division**
Seaside Plaza – Suite 300
201 South Orange Avenue
Orlando, Florida 32801
Telephone: 407- 648-6338
Facsimile: 407- 648-6095
**Larry Henderson**
*Branch Chief Attorney*

**Jacksonville Division**
BB&T Tower – Suite 1240
200 West Forsyth Street
Jacksonville, Florida 32202
Telephone: 904- 232-3039
Facsimile: 904- 232-1937
**Lisa Call**
*Branch Chief Attorney*

**Ft. Myers Division**
Kress Building – Suite 301
1514 Broadway Street
Ft. Myers Florida 33901
Telephone: 239- 334-0397
Facsimile: 239- 334-4109
**Martin DerOvanesian**
*Branch Chief Attorney*

**Ocala Division**
Suite 102
201 S.W. Second Street
Ocala, Florida 34471
Telephone: 352- 351-9157
Facsimile: 352- 351-9162
**Adam Allen**
*Branch Chief Attorney*

November 5, 2017

Mr. David J. Smith, Clerk of Court
U.S. Court of Appeals for the Eleventh Circuit
56 Forsyth St., N.W.
Atlanta, Georgia 30303

RE:   *United States v. George Brooks*, Appeal No. 16-14959
       **Argument Scheduled in Atlanta on November 16, 2017**
       **Response to the Government's Nov. 3, 2017 28(j) Letter Regarding:**
       ·   *United States v. Wilkerson*, --- F. App'x ---, No. 15-14786, 2017 WL 2983889 (11th Cir. July 13, 2017)

Dear Mr. Smith:

*Wilkerson* actually supports Mr. Brooks.

As an initial matter, the government incorrectly asserts that *Wilkerson* informs the instructional error here. *Wilkerson* addressed a sufficiency of the evidence claim, not an instructional error. However, to the extent *Wilkerson* informs Mr. Brooks' instructional challenge, *Wilkerson* supports Mr. Brooks.

In *Wilkerson*, this Court once again reiterated what it has said several times before. Under the attempt prong of 18 U.S.C. § 2422(b), "[s]pecific intent is key because '[t]he underlying criminal conduct that Congress expressly proscribed in passing § 2422(b) is the persuasion, inducement, enticement, or coercion of the minor *rather than the sex act itself*.'" 2017 WL 2983889, at *3 (quoting *United States v. Murrell*, 368 F.3d 1283, 1286–88 (11th Cir. 2004)) (emphasis added).

Admittedly, the instruction here provides *Murrell*'s definition of "inducement" and tracks the language of the statute. Doc. 78 at 12–13. However, once the *Murrell* definition is plugged into the substantive instruction, the jury is informed (three times in the substantive instruction, and once in the attempt instruction) that the conduct proscribed by the statute is the intent to cause a minor to engage in sexual activity. *Id.* at 12–14; Initial Brief at 29–32; Reply Brief at 2–5. *Wilkerson* reminds us that intending to cause sexual activity is *not* criminalized by the statute. Thus, *Wilkerson* actually supports Mr. Brooks on that score.

Moreover, the government incorrectly suggests that *Wilkerson*'s facts are similar to those here. In *Wilkerson*, the defendant responded to two separate ads expressly offering sex with minors, negotiated a price for the sex, and repeatedly initiated attempts to arrange meetings. 2017 WL 2983889, at *1–*2. None of those facts are present here. Rather, Mr. Brooks posted an ad seeking sexual role-playing activity from adults. Agent Hyre then initiated contact and advised Mr. Brooks that he wanted to watch Mr. Brooks have sex with his fictional children, to which Mr. Brooks assented. Thus, *Wilkerson* is factually distinct from this case.

Accordingly, to the extent *Wilkerson* informs Mr. Brooks' challenges to the jury instructions or sufficiency of the evidence, *Wilkerson* supports Mr. Brooks.

                              Sincerely,

                              */s/ Conrad Kahn*
                              Conrad Kahn
                              Research and Writing Attorney

## CERTIFICATE OF SERVICE

I certify that on November 5, 2017, the foregoing was filed using the Court's Electronic Case Filing system, which will send notification to Assistant United States Attorney Holly L. Gershow.

*/s/ Conrad Kahn*
Conrad Kahn
Research and Writing Attorney